No. 832. LYONS *v.* CAPITAL TRANSIT Co. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 867. UNITED STATES EX REL. SCHIRRMEISTER *v.* WATKINS, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. The petition for writ of certiorari to the United States Court of Appeals for the Second Circuit is denied for the reason that application therefor was not made within the time provided by law. 28 U. S. C. § 2101 (c). *P. Bateman Ennis* for petitioner. *Solicitor General Perlman* for respondent.

No. 302, Misc. PIPPIN *v.* NIERSTHEIMER, WARDEN. The petition for writ of certiorari to the Supreme Court of Illinois is denied without prejudice to the filing of an application for writ of habeas corpus in any State court of competent jurisdiction. See *Young* v. *Ragen,* 337 U. S. 235. Petitioner *pro se. Ivan A. Elliott,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.

No. 359, Misc. KOENIG *v.* SMITH, SUPERINTENDENT. The motion to strike respondent's brief is denied. The petition for writ of certiorari to the Supreme Court of Washington is also denied. Petitioner *pro se. Smith Troy,* Attorney General of the State of Washington, and *C. John Newlands,* Assistant Attorney General, for respondent.

No. 2, Misc. THOMPSON *v.* ILLINOIS. Circuit Court of St. Clair County, Illinois. Certiorari denied. Peti-

tioner *pro se.* *George F. Barrett,* then Attorney General of Illinois, *William C. Wines, James C. Murray* and *Raymond S. Sarnow,* Assistant Attorneys General, for respondent.

No. 10, Misc.   THOMPSON *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 373, Misc.   BANKS *v.* NIERSTHEIMER, WARDEN, ET AL.   Criminal Court of Cook County, Illinois.   Certiorari denied.

No. 377, Misc.   FERGUSON, TEMPORARY ADMINISTRATOR, ET AL. *v.* FERGUSON.   Court of Civil Appeals, 3d Supreme Judicial District, of Texas.   Certiorari denied.

No. 414, Misc.   THOMAS *v.* MOORE, WARDEN.   District Court of Walker County, Texas.   Certiorari denied.   Petitioner *pro se. Price Daniel,* Attorney General of Texas, *Frank Lake,* Assistant Attorney General, and *Joe R. Greenhill,* First Assistant Attorney General, for respondent.

No. 424, Misc.   ODDO *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.   Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl* and *Philip R. Monahan* for the United States.

No. 450, Misc.   DE NORMAND ET AL. *v.* UNITED STATES. C. A. 2d Cir.   Certiorari denied.   Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl* and *Philip R. Monahan* for the United States.